IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:03CR3014 |
| v. | ) | ORDER |
| ADIL GASIM AL-DABBI, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion of attorney David M. O'Neill to withdraw as counsel of record for defendant Adil Gasim Al-Dabbi, (filing no. 450), is granted.

2) The clerk shall delete David M. O'Neill from any future ECF notifications herein.

DATED this 29th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge