IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3014 |
| | ) | |
| V. | ) | |
| | ) | |
| ADIL GASIM AL-DABBI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Since there is no substantive motion pending, and since the defendant has previously secured all the relief he is entitled to obtain (e.g., filings nos. 359, 360, 363, 396, 397, 403, and 453),

IT IS ORDERED that the Motion for Court Documents and Motion for Leave to Proceed in Forma Pauperis (filing no. 457) is denied.

DATED this 5th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge